# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01150-WJM-MEH

CHADA MANTOOTH, *et al*., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

BAVARIA INN RESTAURANT INC D/B/A SHOTGUN WILLIE'S, *et al*.,

    Defendants.

_____

## STIPULATION TO DISMISS PLAINTIFFS BUJOK, CLINE, DARR, HOWARD, NAGLE, RAFFAELE, AND LOPEZ'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE
_____

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and a partial settlement of this matter, Plaintiffs and Defendants, by and through their attorneys, hereby agree and stipulate to the dismissal of all claims by Plaintiffs Nicole Bujok, Ariel Cline, Alexandra Darr, Ashley Howard, Alexis Nagle, Gale Raffaele, and Jessica Lopez against all Defendants, with prejudice, each party to pay its or her own costs and attorneys' fees. This stipulation does not impact the rights of any other Plaintiffs.  Specifically, Party Plaintiffs Chada Mantooth and Samantha Hattlestad remain Plaintiffs in this action.

    Respectfully submitted this 7th day of August 2019.

                                                   KILLMER, LANE & NEWMAN, LLP

                                                 *s/ Mari Newman*
                                                 _____
                                                 Mari Newman
                                                 1543 Champa St., Ste. 400
                                                 Denver, CO 80202
                                                 (303) 571-1000

(303) 571-1001 fax
mnewman@kln-law.com

*Counsel for Plaintiffs*


*s/ Jeffrey A. Springer*
Jeffrey A. Springer
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303) 861-2800
(303) 832-7116 fax
jspringer@springersteinberg.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I filed the foregoing via CM/ECF, and the CM/ECF system will send notification to the following:

Jeffrey A. Springer
Matthew R. Giacomini
Jason C. Astle
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
jspringer@springersteinberg.com
mgiacomini@springersteinberg.com
jastle@springersteinberg.com

*Counsel for Defendants*

*s/ Jesse Askeland*
Jesse Askeland