IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1150-WJM-MEH

CHADA MANTOOTH,
GALE RAFFAELE,
ALEXIS NAGLE, and
NICOLE BUJOK, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

BAVARIA INN RESTAURANT, INC., d/b/a Shotgun Willie's, and
DEBORAH MATTHEWS,

    Defendants.
_____

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS BUJOK, CLINE, DARR, HOWARD, NAGLE, RAFFAELE, AND LOPEZ'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE**
_____

    THE COURT, having reviewed the Stipulation to Dismiss Plaintiffs Bujok, Cline, Darr, Howard, Nagle, Raffaele, and Lopez's Claims against all Defendants with Prejudice (ECF No. 172), filed by the Parties, hereby ORDERS as follows:

    The Stipulation of Dismissal is GRANTED for good cause shown. Plaintiffs Bujok, Cline, Darr, Howard, Nagle, Raffaele, and Lopez's claims against all Defendants are dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

    The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 8th day of August, 2019.

BY THE COURT:

_____
William J. Martinez
United States District Judge