**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01150-WJM-MEH

CHADA MANTOOTH, *et al*., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

BAVARIA INN RESTAURANT INC D/B/A SHOTGUN WILLIE'S, *et al*.,

    Defendants.

_____

**STIPULATION TO DISMISS WITH PREJUDICE**
_____

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and a settlement of this matter, Plaintiffs and Defendants, by and through their undersigned attorneys, hereby agree and stipulate to the dismissal with prejudice of all claims against all Defendants, each party to pay its or her own costs and attorneys' fees.

    Respectfully submitted this 4th day of September 2019.

                                                KILLMER, LANE & NEWMAN, LLP

                                                *s/ Mari Newman*
                                                _____
                                                Mari Newman
                                                1543 Champa St., Ste. 400
                                                Denver, CO 80202
                                                (303) 571-1000
                                                (303) 571-1001 fax
                                                mnewman@kln-law.com

                                                *Counsel for Plaintiffs*


                                                *s/ Jeffrey A. Springer*_____
                                                Jeffrey A. Springer

Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303) 861-2800
(303) 832-7116 fax
jspringer@springersteinberg.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I filed the foregoing via CM/ECF, and the CM/ECF system will send notification to the following:

Jeffrey A. Springer
Matthew R. Giacomini
Jason C. Astle
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
jspringer@springersteinberg.com
mgiacomini@springersteinberg.com
jastle@springersteinberg.com

*Counsel for Defendants*

*s/ Jesse Askeland*
Jesse Askeland

2